IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 06-cr-40031-DRH |
| | ) |
| TONI M. HART, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Now before the Court is Hart's January 10, 2007 motion to continue sentencing hearing (Doc. 18). The Government does not object to the motion. The Court being fully advised in the premises finds that Hart has medical procedures that have intervened and require a continuance of her sentencing and has also experienced problems in obtaining and securing full compliance with a subpoena to WalMart. Therefore, the Court **GRANTS** the defendant's motion to continue sentencing. The Court continues the sentencing scheduled for January 19, 2007 at 1:30 p.m. to March 9, 2007 at 2:30 p.m.

**IT IS SO ORDERED**

Signed this 11th day of January, 2007.

/s/      David   RHerndon
United States District Judge