IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TONI M. HART,**

**Defendant.**                                                       **No. 06-CR-40031-DRH**

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 36**,[1] the Court hereby **GIVES** the parties **NOTICE** that it intends to amend the March 20, 2007 Judgment by March 28, 2007 to reflect the inclusion of the following paragraph:

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

Due to a clerical error, this paragraph was inadvertently left off the March 20, 2007

---

[1] **Rule 36** provides: "After giving notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order or other part of the record, or correct an error in the record arising from an oversight or omission."

Judgement.[2]

        **IT IS SO ORDERED.**

Signed this 26th day of March, 2007.

                                                        /s/       David  RHerndon
                                                        **United States District Judge**

---

[2] When creating the Judgment, the computer program kicked paragraph 13 over the next page. Thus, due to an oversight, paragraph 13 was not included in the March 20, 2007 Judgment when it clearly should have been.